| District | Off. | Docket No. Yr. | Number | OR | Filing Date Mo. | Day | Yr. | J | Nature Suit | R 23 | Judge | Made Jury | MDL Docket | Yr. | Docke N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0207 | 1 | 87 | 01930 | 1 | 06 | 12 | 87 | 4 | 365 | | 0723 | WEINSTEIN, J | | 87 | 019 |

CAUSE: TITLE 28 SEC. 1332 - PERSONAL INJURY - PRODUCT LIABILITY

SIFTON,

### PLAINTIFFS

GORDON, HELEN,         OTHER
individually and as
Administratrix of the
Estate of Philip Gordon;



### DEFENDANTS

CELOTEX CORP.

THE CELOTEX CORPORATION
  (SUCCESSOR TO PHILIP-CAREY
  MANUFACTURING CORPORATION)
OWENS-CORNING FIBERGLAS CORPORATION
ARMSTRONG WORLD INDUSTRIES
EAGLE PICHER INDUSTRIES, INC.
H.K. PORTER COMPANY, INC.
  (SUCCESSOR TO THERMOID COMPANY,
  CAROLINA ASBESTOS COMPANY AND SOUTHERN
  TEXTILE CORPORATION)
SOUTHERN TEXTILE CORPORATION
NICOLET INDUSTRIES
OWENS-ILLINOIS, INC.
  (SUCCESSOR TO OWENS-ILLINOIS
  GLASS COMPANY)
PITTSBURGH-CORNING CORPORATION
  (SUCCESSOR TO UNARCO INDUSTRIES, INC.)
FIBREBOARD CORPORATION
  (SUCCESSOR TO PLANT RUBBER
  & ASBESTOS COMPANY)
UNITED STATES GYPSUM COMPANY
UNITED STATES MINERAL PRODUCTS COMPANY
CAREY CANADA, INC.
A C AND S, INC.
FLEXITALLIC GASKET COMPANY, INC.
TURNER & NEWALL PLC
RAYMARK INDUSTRIES, INC.

    Defendants.

### ATTORNEYS

For Pltff
NORMAN J. LANDAU, ESQ
Woolworth Building
233 Broadway
New York, N.Y.  10279
(212) 962-7545

MICHAEL W. HOGAN, ESQ.
ASHCRAFT & GEREL
233 Broadway
N.Y.  10279

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL REP PROCESSED |
|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | Filing ___ Termination ___ Change ___ |

UNITED STATES DISTRICT COURT DOCKET

DC-111S

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1987 | | |
| 6/12 | 1. | Complaint filed, summons issued, demands trial by jury. (ent'd 6/16/87) |
| 6/12 | 2. | Certification of Cousnel, filed. (ent'd 6/16/87)vm |
| 9/3 | | Pltff's Statement (form 1) filed in NYAL, entry #47  ent 9/4/87 vm |
| 1989 | | |
| 9/20 | 3. | Ltr dated 8/10/89 from J. Sifton to J. Glasser, re: the case has been assigned to you for trial purposes, etc. (ent'd 9/20/89)vm |
| 1990 1/30 | -- | Notification of case reassignment by direction to J. Weinstein filed. C/M     (ent'd 1/30/90) LL |
| 8710 | -- | ~~Notification of case reassignment by direction to J. Glasser filed. C/M    (ent'd 8/14/90) rg~~ |